No. 6560. OSBORN *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 6564. BELLEW *v.* SWENSON, WARDEN. Sup. Ct. Mo. Certiorari denied.

No. 6572. SCHUTZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 6575. CAMPBELL *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 6598. YODER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 6619. BUCKLEY *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 834. MAYFIELD *v.* VIRGINIA. Sup. Ct. App. Va. Motions to dispense with printing petition and reply brief granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 874. BREWER, WARDEN *v.* BLANCHARD. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.